IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JEANIE BISCONTE

    *Plaintiff*,

v.                                                                                No. 1:21-cv-00462 KWR/KK

SANDIA NATIONAL LABORATORIES,
JOHN MOUNHO, in his individual and official
capacity, and EDWARD SAUCIER, in his
individual and official capacity,

    *Defendants*.

## NOTICE OF APPEAL

Pursuant to Federal Rules of Appellate Procedure Rule 4, Notice is hereby given that Plaintiff Jeanie Bisconte hereby appeals to the United States Court Appeals for the Tenth Circuit the Court's Judgment, entered in this action on September 27, 2021, dismissing her claims with prejudice, and the Memorandum Opinion and Order, entered in this action on September 27, 2021, setting forth the grounds on which the Judgment is based. This appeal is taken against all above-named Defendants.

                                                Respectfully submitted,

                                                LAW OFFICES OF ERIKA E. ANDERSON

                                                By: /s/ *Erika E. Anderson*
                                                        Erika E. Anderson
                                                         105 Bryn Mawr Dr. SE
                                                        Albuquerque, NM 87106
                                                        505-944-9039 / 505-554-1202
                                                        erika@eandersonlaw.com

                                                *Attorney for Plaintiff*

I HEREBY CERTIFY that on October 27, 2021, I filed the foregoing using CM/EF which caused the following counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Jeffrey L. Lowry
jlowry@rodey.com


*/s/ Erika E. Anderson*
Erika E. Anderson