

# United States District Court
## District of New Mexico
### Office of the Clerk
#### Pete V. Domenici United States Courthouse

333 Lomas Blvd. N.W. - Suite 270
Albuquerque, New Mexico 87102
(505) 348-2000 - Fax (505) 348-2028

**Mitchell R. Elfers**
Clerk of Court

**Divisional Offices**
106 South Federal Place
Santa Fe, NM 87501
(505) 988-6481
Fax (505) 988-6473

100 North Church Street
Las Cruces, NM  88001
(575) 528-1400
Fax (575) 528-1425

October 28, 2021

*Via Notice of Electronic Filing*
Chris Wolpert, Clerk
United States Court of Appeals for the Tenth Circuit
The Byron White United States Courthouse
1823 Stout Street
Denver, CO 80257

Re:  *Jeanie Bisconte v. Sandia National Laboratories et al.* 21cv462 KWR-KK

Dear Mr. Wolpert:

A Notice of Appeal was filed in the above referenced case.   The attached preliminary record consists of the Notice of Appeal filed October 27, 2021, Judgment filed September 27, 2021, and a copy of the docket entries.

The docket and appeal fee has been:

☐    Paid

☐    Paid in part

☒    Not paid

☐    Waived

Counsel for appellant is required to retrieve the appropriate forms for the appeal by referring to the United States Court of Appeals for the Tenth Circuit website at www.ca10.uscourts.gov, and referring to "Forms" located in the "Case Management" tab.

Sincerely,

MITCHELL R. ELFERS
Clerk of Court

By: M. Duran
Deputy Clerk