UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert  
Clerk of Court

Jane K. Castro  
Chief Deputy Clerk

October 28, 2021

Erika E. Anderson  
Kaela S. Holmen  
Erika E. Anderson Law Offices  
105 Bryn Mawr Drive, SE  
Albuquerque, NM 87106

Lucy River  
Lucy River Law  
3244 Siringo Road  
Sante Fe, NM 87507

**RE:** 21-2133, Bisconte v. Sandia National Laboratories, et al  
Dist/Ag docket: 1:21-CV-00462-KWR-KK

Dear Counsel:

Your appeal has been docketed, and the appeal number is above. **Within 14 days** from the date of this letter, Appellant's counsel must electronically file:

- **An entry of appearance** per 10th Cir. R. 46.1(A).
- **A docketing statement** per 10th Cir. R. 3.4.
- **A transcript order form or notice that no transcript is necessary** per 10th Cir. R. 10.2. This form must be filed in **both** the district court and this court.

**Also within 14 days**, Appellant must **pay the $505.00 filing and docketing fees** ($5.00 filing fee and $500.00 docket fee) in the district court. Fed. R. App. P. 3(e) and 10th Cir. R. 3.3(B).

**Also within 14 days**, Appellee's counsel must electronically file an entry of appearance.

The Federal Rules of Appellate Procedure, the Tenth Circuit Rules, and forms for the aforementioned filings are on the court's website. The Clerk's Office has also created a set of quick reference guides and checklists that highlight procedural requirements for appeals filed in this court.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc:   Jeffrey L. Lowry
      Justin E. Poore

CMW/sds