

**United States District Court**
**District of New Mexico**
Office of the Clerk
Pete V. Domenici United States Courthouse

333 Lomas Blvd. N.W. - Suite 270
Albuquerque, New Mexico 87102
(505) 348-2000 - Fax (505) 348-2028

Mitchell R. Elfers
Clerk of Court

Divisional Offices
106 South Federal Place
Santa Fe, NM 87501
(505) 988-6481
Fax (505) 988-6473

100 North Church Street
Las Cruces, NM 88001
(575) 528-1400
Fax (575) 528-1425

November 12, 2021

Chris Wolpert, Clerk
United States Court of Appeals for the Tenth Circuit
The Byron R. White United States Courthouse
1823 Stout Street
Denver, CO 80257

Re: *Bisconte v. Sandia National Laboratories et al.* 21cv462 KWR-KK    21-2133
Dear Mr. Wolpert,

    Please be advised that the record on appeal in the above referenced matter is now complete.

( X )  A transcript order form has been filed by the appellant stating that a transcript is not necessary for this appeal.

(   )  A transcript order form has been filed by appellant stating that the necessary transcript is already on file in the United States District Court.

(   )  The transcripts which were ordered are now on file with the United States District Court.

Sincerely,
Mitchell R. Elfers
Clerk of Court

/s/
_____

By: M. Duran

cc: Counsel of Record